# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

UNITED STATES OF AMERICA,

vs.  CASE NO. 8:01-CR-126-T-17-TGW

DEANNA BIRDSONG
_____/

## ORDER

This cause comes before the Court on the defendant's motion set aside or vacate judgment or to grant a new trial (Docket No. 69) and response thereto (Docket No. 71). The Court has reviewed the motion, response, and the underlying record in this case and agrees with the opposition to the motion. The Court incorporates the response by reference herein. Accordingly, it is.

**ORDERED** that defendant's motion set aside or vacate judgment or to grant a new trial (Docket No. 69) be **denied**.

**DONE AND ORDERED** in Chambers in Tampa, Florida this 27th day of April, 2010.



ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

Copies furnished to: All Counsel of Record