**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

UNITED STATES OF AMERICA,

vs.                                                                CASE NO. 8:01-CR-126-T-EAK-TGW

DEANNA M. BIRDSONG
_____/

**ORDER**

This cause comes before the Court on the limited remand for a determination of the issue of excusable neglect or good cause (Doc. 112).   Accordingly, it is.

**ORDERED** the defendant shall file a memorandum in support of her claim, if any, that the delay in filing her appeal should be excused due to excusable neglect or good cause, pursuant to Fed.R.App.P. 4(b)(4) by September 29, 2014.  The government may respond on or before October 8, 2014.

**DONE AND ORDERED** in Chambers in Tampa, Florida this 12th day of September, 2014.

ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

Copies furnished to: All Counsel of Record