## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

UNITED STATES OF AMERICA,

vs.                                             CASE NO. 8:01-CR-126-T-EAK-TGW

DEANNA M. BIRDSONG
_____/

## ORDER

This cause comes before the Court on the limited remand for a determination of the issue of excusable neglect or good cause (Doc. 112). The Court allowed the defendant to file a brief on the issue (Docs. 114-115) and the government responded (Doc. 116).

The Court has reviewed the filings and agrees with the response of the government. The defendant, a retired attorney, "failed, repeatedly, to explain in her pleadings the exact reasons for her delay in filing her appeal of this Court's order. She merely recounts that she 'believed at the time of filing her appeal that the issue was a civil matter' and that she thus believed that she had 30 days in which to file her appeal of the Court's denial of her motion." The defendant filed all related paperwork in the criminal case, so it is disingenuous for her to claim she thought it was a civil case. Additionally, as pointed out by the government, the defendant has filed multiple motions on the same issue being addressed herein and that is factor in consideration of determination of excusable neglect or good cause. After consideration of the record and the filings in this case, the Court finds that the motion for finding of excusable neglect is not well-taken. Accordingly, it is.

**ORDERED** the motion for finding of excusable neglect or good cause (Doc. 114) be **denied.**

**DONE AND ORDERED** in Chambers in Tampa, Florida this 15th day of October, 2014.

ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

Copies furnished to: All Counsel of Record and Eleventh Circuit Court of Appeals